FILED'11 JAN 05 15:24USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| JAMES G. MOORE, | Civil No. 6:09-CV-06319-AA |
| Plaintiff, | |
| vs. | JUDGMENT |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant | |

This case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's ORDER of remand, issued on __1/5/11__, ~~2010~~. Judgment is entered for Plaintiff.

DATED this __5th__ day of __Jan.__ 2010.

_/s/ Michael R. Hogan_
UNITED STATES DISTRICT JUDGE